(Prevmhrg (January 10, 2002)

HONORABLE HALL
DEPUTY CLERK BOROSKEY RPTR/PRO/TAPE CURRIETTE

TOTAL TIME: ___ hours 40 minutes

DATE 10-15-03    START TIME 3:20    END TIME 4:00
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___    (if more than 1/2 hour)

UNITED TECH CORP
                                    CIVIL NO. 3:03CV1007JCH    §
                                                              §    D. BIZAR
                                                              §    C. FORTUNE
                                                              §    **Plaintiffs Counsel**
vs.                                                           □ SEE ATTACHED CALENDAR FOR COUNSEL
                                                              §    M. GIULIANI D. McGOVEEN
PARKER HANNIFIN CORP                                          §    **Defendants Counsel**

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ **(mhrgh) Motion Hearing**
- ☐ **(contmphrg.) Contempt Hearing**
- ☐ **(pchrg.) Probable Cause Hearing**
- ☐ **(mischrg.) Miscellaneous Hearing**
- ☐ **(confmhrg.) Confirmation Hearing**
- ☐ **(evidhrg.) Evidentiary Hearing**
- ☐ **(fairhrg.) Fairness Hearing**
- ☐ **(showhrg.) Show Cause Hearing**
- ☐ **(jgmdbexam.) Judgment Debtor Exam**
- ☐ **(stlmthrg.) Settlement Hearing**

**MOTION DOCUMENT NO.**

| | | | | | |
|---|---|---|---|---|---|
| ☐ .... # | Motion FOR LEAVE 3RD PTY COMPLAINT | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion ___ | ☐ granted | ☐ denied | ☐ advisement |

☐ ........  ☐ Brief(s) due ___    ☐ Proposed Findings due ___    Response due ___

| | | |
|---|---|---|
| ☐ ........ | ___ | ☐ filed ☐ docketed |
| ☐ ........ | ___ | ☐ filed ☐ docketed |
| ☐ ........ | ___ | ☐ filed ☐ docketed |
| ☐ ........ | ___ | ☐ filed ☐ docketed |
| ☐ ........ | ___ | ☐ filed ☐ docketed |
| ☐ ........ | ___ | ☐ filed ☐ docketed |
| ☐ ........ | ___ | ☐ filed ☐ docketed |
| ☐ ........ | ___ | ☐ filed ☐ docketed |
| ☐ ........ | ___ | ☐ filed ☐ docketed |

☐ ........    ___ Hearing continued until ___ at ___