UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED TECHNOLOGIES CORPORATION | : | |
| | : | Docket No. 3:03cv1007 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PARKER HANNIFIN CORPORATION, | : | |
| | : | |
| Defendant | : | DECEMBER 12, 2003 |

## APPEARANCE

To:   Clerk
       United States District Court
       915 Lafayette Boulevard
       Bridgeport, Connecticut 06604

   Please enter the appearance of **ROBERT A. BROOKS** as an attorney for the Plaintiff,

UNITED TECHNOLOGIES CORPORATION, in the above-captioned action.

   Dated at Hartford, Connecticut this 12th day of December, 2003.

                                                PLAINTIFF,
                                                UNITED TECHNOLOGIES CORPORATION


                                                By _____
                                                   Robert A. Brooks (ct00117)
                                                   Charles W. Fortune (ct07528)
                                                       David M. Bizar (ct20444)
                                                   Day, Berry & Howard LLP
                                                   CityPlace I
                                                   Hartford, CT  06103-3499
                                                   Telephone:  (860) 275-0100
                                                   Facsimile:  (860) 275-0343
                                                   E:Mail:  rabrooks@dbh.com
                                                              cwfortune@dbh.com
                                                              dmbizar@dbh.com
                                                   Its Attorneys

-2-

## **CERTIFICATION**

      This is to certify that the foregoing Plaintiff's Appearance was served on December 12, 2003, by first class mail, postage prepaid, to:

Mark Guilliani, Esq.
Phillis M. Divins, Esq.
Mitchel E. Kallet, Esq.
Kern & Wooley, LLP
280 Trumbull Street
Hartford, CT  06103

David McGovern, Esq.
R. M. Kern, Esq.
Kern and Wooley LLP
10900 Wilshire Boulevard
Los Angeles, CA 90024-6501

                                            _____
                                              Robert A. Brooks