FILED

2003 DEC 15 A 9: 59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION | : CIVIL ACTION NO. 3:03CV1007 (JCH) |
| Plaintiff, | |
| VS. | |
| PARKER HANNIFIN CORPORATION | |
| Defendant. | : DECEMBER 12, 2003 |

## MOTION FOR STAY

The plaintiff, United Technologies Corporation ("United"), hereby moves to stay the proceedings in this Court pending the arbitration of United's breach of warranty claims against the defendant, which arise out of the same accidents and involve the same facts as the present case. As set forth in the accompanying memorandum, the stay should be entered pursuant to the Court's inherent power to control matters appearing on its docket

PLAINTIFF,
UNITED TECHNOLOGIES CORPORATION

By _____
Robert A. Brooks (ct00117)
Charles W. Fortune (ct07528)
David M. Bizar (ct20444)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Facsimile: (860) 275-0343
E:Mail: rabrooks@dbh.com
cwfortune@dbh.com
dmbizar@dbh.com
Its Attorneys

**ORAL ARGUMENT IS REQUESTED**

## **CERTIFICATION**

      This is to certify that the foregoing was sent on the 12th day of December, 2003 by first class mail, postage prepaid, to:

Mark Guilliani, Esq.
Mitchell E. Kallet, Esq.
Phyllis M. Divins, Esq.
Kern & Wooley, LLP
280 Trumbull Street
Hartford, CT  06103

David McGovern, Esq.
Robert M. Kern, Esq.
Kern & Wooley, LLP
10900 Wilshire Boulevard
Los Angeles, CA  90024-6501

                                                                 _____
                                                                  Robert A. Brooks