UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -5  A 10: 12

---

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, Plaintiff, | DOCKET NO. 303CV1007 JCH |
| v. | PARKER HANNIFIN CORP.'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR STAY |
| PARKER HANNIFIN CORPORATION, Defendant | December 30, 2003 |

---

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR STAY

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the Defendant, Parker Hannifin Corporation, respectfully submits this Motion for Extension of Time in response to the Plaintiff's Motion for Stay.

The background of this case is set out in length in previously filed court papers. On December 12, 2003, the Plaintiff moved for a stay based on the assertion that the claims against the Defendant in this action arise out the same facts that engendered its claims against the Defendant in concurrent, private ADR. Thus, the Plaintiff is now seeking a stay pending completion of arbitration under private ADR.

The Defendant takes issue with the Plaintiff's assertions in its Motion for Stay, and plans to file an opposition brief. However, for reasons set forth below, the Defendant moves for an extension of thirty days beyond the 21-day period set forth in Local Rule 7(a), by which a party shall file a memorandum in opposition to any motion.

Under the ADR track, the parties have recently been engaged in negotiations in connection with arranging mediation before retired Magistrate Judge F. Owen Eagan, which has now been scheduled for January 7, 2003. As directed by the mediator, the Defendant is preparing a mediation position paper to be filed no later than January 2, 2004. Further, because of the complexities and magnitude of this case, the Defendant is currently preparing a technical presentation to be given at the mediation, the goal of which is to resolve this matter short of additional proceedings. Because of the time required to prepare for this mediation, and in light of the impact of the holiday season, the Defendant is requesting this 30-day extension in order to have a reasonable opportunity to prepare its opposition brief.

This Motion for Extension of Time is the first of its kind filed by the Defendant. Undersigned counsel have inquired of opposing counsel, and there is consent to this Motion.

THE DEFENDANT,
PARKER HANNIFIN CORPORATION

By: _____
Mark R. Giuliani
CT Federal Bar No. CT16024
KERN AND WOOLEY, LLP
280 Trumbull Street
Hartford, CT 06103
860-246-9700

Robert M. Kern
CT Federal Bar No. CT25058
David C. McGovern
CT Federal Bar No. CT25059
KERN AND WOOLEY, LLP
10900 Wilshire Blvd., 11th Floor
Los Angeles, CA 90024
310-824-1777

Attorneys for Defendant
Parker Hannifin Corporation

Dated: December 30, 2003

## CERTIFICATION OF SERVICE

This is to certify that on December 30, 2003, a copy of the foregoing **Motion for Extension of Time** was sent via first class mail to the following recipients:

<u>Attorneys for Plaintiffs</u>:
Charles W. Fortune, Esq.
David M. Bizar, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103

_____
Mark R. Giuliani

*F:\Stratoflex - UTC\Federal Pleadings\Motion for Ext. to Object to Mot. for Stay.wpd*