Case 3:03-cv-01007-JCH    Document 30    Filed 01/07/2004    Page 1 of 1



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -5  A 10: 12

---

UNITED TECHNOLOGIES CORPORATION,  :   DOCKET NO. 303CV1007 JCH
                       Plaintiff,

v.  :   **PARKER HANNIFIN CORP.'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR STAY**

PARKER HANNIFIN CORPORATION,
                       Defendant  :  December 30, 2003

---

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR STAY

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the Defendant, Parker Hannifin Corporation, respectfully submits this Motion for Extension of Time in response to the Plaintiff's Motion for Stay.

The background of this case is set out in length in previously filed court papers. On December 12, 2003, the Plaintiff moved for a stay based on the assertion that the claims against the Defendant in this action arise out the same facts that engendered its claims against the Defendant in concurrent, private ADR. Thus, the Plaintiff is now seeking a stay pending completion of arbitration under private ADR.

The Defendant takes issue with the Plaintiff's assertions in its Motion for Stay, and plans to file an opposition brief. However, for reasons set forth below, the Defendant moves for an extension of thirty days beyond the 21-day period set forth in Local Rule 7(a), by which a party shall file a memorandum in opposition to any motion.