UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UTC

V.                                    Case Number: 3:03cv1007JCH

Parker Hannifin

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on February 2, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on April 2, 2004, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at February 18, 2004.


KEVIN F. ROWE, CLERK

By: /s/Catherine Boroskey
    Catherine Boroskey
    Deputy Clerk