FILED

2004 APR -1 A 11: 33

U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED TECHNOLOGIES CORPORATION | : | CIVIL ACTION NO. 3:03CV1007 (JCH) |
|---|---|---|
| Plaintiff, | : | |
| VS. | : | |
| PARKER HANNIFIN CORPORATION | : | |
| Defendant. | : | MARCH 19, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, the parties through their undersigned counsel hereby stipulate that all claims and defenses raised in the Complaint, Answer and Third-Party Complaint in the above-captioned case are dismissed with prejudice and without costs or attorneys' fees to any party.

|  |  |
|---|---|
|  | UNITED TECHNOLOGIES CORPORATION |
|  | BY DAY, BERRY & HOWARD LLP<br>ITS ATTORNEYS |
| Dated 3-19-04 | By _____<br>Robert A. Brooks (ct00117)<br>Charles W. Fortune (ct07528)<br>David M. Bizar (ct20444)<br>Day, Berry & Howard LLP<br>CityPlace I<br>Hartford, CT 06103-3499<br>Telephone: (860) 275-0100<br>Facsimile: (860) 275-0343 |
|  | PARKER HANNIFIN CORPORATION |
|  | BY KERN & WOOLEY, LLP<br>ITS ATTORNEYS |
| Dated: 3/19/04 | By _____<br>Mitchel E. Kallett, Esq.<br>Kern & Wooley LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 246-9700<br>Facsimile: (860) 246-9699 |

## CERTIFICATION

      This is to certify that the foregoing was sent on the __31__ day of __MARCH__, 2004 by first class mail, postage prepaid, to:

Robert A. Brooks, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103

                                                      Mitchel E. Kallett