FILED

2004 APR -1  A 11: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED TECHNOLOGIES CORPORATION | : CIVIL ACTION NO. 3:03CV1007 (JCH) |
|---|---|
| Plaintiff, | |
| VS. | |
| PARKER HANNIFIN CORPORATION | |
| Defendant. | : MARCH 19, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, the parties through their undersigned counsel hereby stipulate that all claims and defenses raised in the Complaint, Answer and Third-Party Complaint in the above-captioned case are dismissed with prejudice and without costs or attorneys' fees to any party.